

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-24-2012

# USA v. Neal Saferstein

Precedential or Non-Precedential: Precedential

Docket No. 10-4092

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Neal Saferstein" (2012). *2012 Decisions.* Paper 1349.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1349

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 2, 2012

No. 10-4092

United States of America

v.

Neal D. Saferstein, Appellant

(E.D. Pa. No. 07-cr-00557-001)

Present:  FISHER, GREENAWAY, Jr., Circuit Judges and Jones, District Judge

1.  Motion by Appellant to publish opinion dated 1/26/12

2.  Response by Appellee in opposition.

Respectfully,
Clerk/tyw

_____ORDER_____

The foregoing motion is granted.

By the Court,

**/s/Joseph A. Greenaway, Jr.**
**Circuit Judge**

Dated:  February 24, 2012
TYW/smw/cc:      Peter Goldberger, Esq.
                 Stephen R. LaCheen, Esq.
                 Jason Bologna, Esq.
                 Jennifer A. Williams, Esq.

**A True Copy:**

Marcia M. Waldron, Clerk